UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | | |
|---|---|---|
| NBTC US INC. | § | |
| | § | |
| v. | § | CIVIL NO. 4:24-CV-891-SDJ |
| | § | |
| HASHLAND INC., ET AL. | § | |

## ORDER

Before the Court are Defendant Di Wu's Rule 12(b)(6), 12(b)(1), and 12(b)(2) Motion to Dismiss, (Dkt. #17), Defendant Antelope Enterprise Holdings USA Inc.'s Rule 12(b)(6), 12(b)(1), and 12(b)(2) Motion to Dismiss, (Dkt. #18), and Defendant Aehl US LLC's Rule 12(b)(6), 12(b)(1), and 12(b)(2) Motion to Dismiss, (Dkt. #19). Plaintiff NBTC US Inc. has since filed an Amended Complaint. (Dkt. #21). The Amended Complaint is now the operative complaint in this case. Because Defendants' motions seek dismissal of the original Complaint, the motions are now moot.

It is therefore **ORDERED** that Defendant Di Wu's Rule 12(b)(6), 12(b)(1), and 12(b)(2) Motion to Dismiss, (Dkt. #17), Defendant Antelope Enterprise Holdings USA Inc.'s Rule 12(b)(6), 12(b)(1), and 12(b)(2) Motion to Dismiss, (Dkt. #18), and Defendant Aehl US LLC's Rule 12(b)(6), 12(b)(1), and 12(b)(2) Motion to Dismiss, (Dkt. #19), are **DENIED as moot**.

So ORDERED and SIGNED this 30th day of December, 2024.

SEAN D. JORDAN
UNITED STATES DISTRICT JUDGE